# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 13, 2006

132220

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ERNEST WEAVER, JR.,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132220
COA: 271734
Genesee CC: 06-017618-FH

On order of the Court, the application for leave to appeal the August 18, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 13, 2006

_____

Clerk

s1206